# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

LAJESSICA R. MAYO                                      PLAINTIFF

v.                      No. 4:18-cv-574-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                             DEFENDANT

## ORDER

No one has objected to Magistrate Judge Deere's Recommended Disposition, № 23. After reviewing for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (advisory committee notes to 1983 addition), and for legal error, the Court adopts the recommendation.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 July 2019