IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAJESSICA R. MAYO                                                           PLAINTIFF

v.                                    No. 4:18-cv-574-DPM

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                                     DEFENDANT

## JUDGMENT

The Commissioner's decision is reversed, and the claim is remanded to develop the record. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g).

_____
D.P. Marshall Jr.
United States District Judge

11 July 2019